380

No. 54064.—Bein Trading Co., Inc., et al. *v.* United States, protests 148564–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, FEBRUARY 27, 1950

No. 54065.—Larry Lasker Co. et al. *v.* United States, protests 501247–G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, FEBRUARY 27, 1950

No. 54066.—Eastern Grocery Co. *v.* United States, protest 105534–K (Los Angeles).

Opinion by CLINE, J. It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342). In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

No. 54067.—Consumer's Import Co., Inc. *v.* United States, protest 51761–K (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 54068.—General Cocoa Co., Inc. *v.* United States, protest 134953–K (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 54069.—Block International Corp. *v.* United States, protest 141044–K (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.